UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,

        Plaintiff,

        v.

0.040-ACRES OF LAND IN THE TOWNSHIP OF READINGTON, HUNTERDON COUNTY, NEW JERSEY, *et al.*,

        Defendants.

Civil Action No. 15-343 (MAS)

**MEMORANDUM ORDER**

    This matter comes before the Court upon review of its docket. On January 19, 2015, Plaintiff Transcontinental Gas Pipe Line Company, LLC ("Plaintiff") filed the instant condemnation action against Defendants Readington Township, Honey's Child Ministries Family Church ("Honey"), and Affinity Federal Credit Union ("Affinity") (collectively, "Defendants").[1] (ECF No. 1.) Alongside the Complaint, Plaintiff filed an application for the entry of an Order to Show Cause. (ECF No. 1-8.)

    On January 21, 2015, the Honorable Freda L. Wolfson, U.S.D.J. (ret.) entered an Order to Show Cause for the parties to appear on February 11, 2015. (ECF No. 5.) Defendants failed to appear on February 11, 2015, at which time Judge Wolfson entered an Order for Judgment in favor of Plaintiff granting immediate possession of the temporary easement, upon Plaintiff's deposit of

---

[1] Honey is the fee owner of the property that Plaintiff sought a temporary construction easement over. (Compl. ¶¶ 4, 17, ECF No. 1.) Affinity is the holder of a mortgage on the Honey's property. (*Id.* ¶ 22.)

$500.00 with the Court. (*See* ECF Nos. 8, 9.) Then, on February 17, 2015, Plaintiff made a deposit of $500.00 into this Court's registry. (ECF No. 10.) Shortly after, on February 22, 2015, Plaintiff moved for summary judgment, seeking to establish that $500.00 constituted full and just compensation to be paid for the easement taken in this action. (*See generally* ECF No. 12.) On September 11, 2017, the Court granted Plaintiff's Motion, finding that Honey is entitled to the $500.00 deposited in the registry of this Court. (ECF No. 13.) To date, however, the funds deposited in the Court's registry have not been disbursed to Honey.

   **IT IS, THEREFORE,** on this 7th day of March 2025, **ORDERED** as follows:

1.  The Clerk of Court is **DIRECTED** to disburse the $500.00 deposited in the registry by Plaintiff, together with any interest accruing thereon through the date of disbursement, less any Court registry fees, to Honey.

2.  The funds should be disbursed and made payable to the following:

  Honey's Child Ministries Family Church
  652 Old York Road
  Neshanic Station, New Jersey 08853

                      /s/ Michael A. Shipp
                     **MICHAEL A. SHIPP**
                     **UNITED STATES DISTRICT JUDGE**